| **Fill in this information to identify your case:** |
|---|
| United States Bankruptcy Court for the: |
| DISTRICT OF NEW JERSEY |
| Case number *(if known)* _____ Chapter **11** |
| ☐ Check if this an amended filing |

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy    4/19

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| **1.** | **Debtor's name** | **Hajjar Medical Office Building, LLC** |
| **2.** | **All other names debtor used in the last 8 years** Include any assumed names, trade names and *doing business as* names | |
| **3.** | **Debtor's federal Employer Identification Number** (EIN) | **22-3756934** |
| **4.** | **Debtor's address** | **Principal place of business** **555 Kinderkamack Road Oradell, NJ 07649** Number, Street, City, State & ZIP Code **Bergen** County | **Mailing address, if different from principal place of business** _____ P.O. Box, Number, Street, City, State & ZIP Code **Location of principal assets, if different from principal place of business** _____ Number, Street, City, State & ZIP Code |
| **5.** | **Debtor's website** (URL) | |
| **6.** | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) ☐ Partnership (excluding LLP) ☐ Other. Specify: _____ |

Debtor  **Hajjar Medical Office Building, LLC**            Case number (*if known*) _____
       Name

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

■ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☐ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.

____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check all that apply*:

☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625 (amount subject to adjustment on 4/01/22 and every 3 years after that).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

■ No.

☐ Yes.

If more than 2 cases, attach a separate list.

District _____  When _____  Case number _____
District _____  When _____  Case number _____

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☐ No

■ Yes.

List all cases. If more than 1, attach a separate list

Debtor **See Attachment**  Relationship _____
District _____  When _____  Case number, if known _____

Debtor **Hajjar Medical Office Building, LLC**      Case number (*if known*) _____
    Name

**11. Why is the case filed in *this district?***  *Check all that apply:*

- ■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.
- ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

- ■ No
- ☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

  **Why does the property need immediate attention?** (*Check all that apply.*)
  - ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
    What is the hazard? _____
  - ☐ It needs to be physically secured or protected from the weather.
  - ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).
  - ☐ Other _____

  **Where is the property?** _____
  Number, Street, City, State & ZIP Code

  **Is the property insured?**
  - ☐ No
  - ☐ Yes. Insurance agency _____
    Contact name _____
    Phone _____

**Statistical and administrative information**

**13. Debtor's estimation of available funds**  *Check one:*

- ■ Funds will be available for distribution to unsecured creditors.
- ☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ■ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ■ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

| Debtor | **Hajjar Medical Office Building, LLC** | Case number (*if known*) |
|---|---|---|
| | Name | |

### Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **February 13, 2020**
MM / DD / YYYY

X **/s/ John Hajjar**            **John Hajjar**
Signature of authorized representative of debtor      Printed name

Title **Sole Member**

**18. Signature of attorney**

X **/s/ Sari B. Placona**            Date **February 13, 2020**
Signature of attorney for debtor          MM / DD / YYYY

**Sari B. Placona**
Printed name

**McManimon, Scotland & Baumann, LLC**
Firm name

**75 Livingston Avenue**
**Second Floor**
**Roseland, NJ 07068**
Number, Street, City, State & ZIP Code

Contact phone **973-622-1800**    Email address **splacona@msbnj.com**

**108842014 NJ**
Bar number and State

Debtor **Hajjar Medical Office Building, LLC**     Case number (*if known*)
    Name

**Fill in this information to identify your case:**

United States Bankruptcy Court for the:
DISTRICT OF NEW JERSEY

Case number *(if known)* _____ Chapter **11**

☐ Check if this an amended filing

# FORM 201. VOLUNTARY PETITION

## Pending Bankruptcy Cases Attachment

| | | | | | |
|---|---|---|---|---|---|
| Debtor | **Hajjar Business Holdings** | | Relationship to you | | **Affiliate** |
| District | **New Jersey** | When | Case number, if known | | **20-** |
| Debtor | **Hajjar Medical Office Building of Carlstadt, LLC** | | Relationship to you | | **Affiliate** |
| District | **New Jersey** | When | Case number, if known | | **20-** |
| Debtor | **Hajjar Medical Office Building of Fairlawn, LLC** | | Relationship to you | | **Affiliate** |
| District | **New Jersey** | When | Case number, if known | | **20-** |
| Debtor | **Hajjar Medical Office Building of Glen Rock, LLC** | | Relationship to you | | **Affiliate** |
| District | **New Jersey** | When | Case number, if known | | **20-** |
| Debtor | **Hajjar Medical Office Building of Hackensack, LLC** | | Relationship to you | | **Affiliate** |
| District | **New Jersey** | When | Case number, if known | | **20-** |
| Debtor | **Hajjar Medical Office Building of Jersey City, LLC** | | Relationship to you | | **Affiliate** |
| District | **New Jersey** | When | Case number, if known | | **20-** |
| Debtor | **Hajjar Medical Office Building of Miramar, LLC** | | Relationship to you | | **Affiliate** |
| District | **New Jersey** | When | Case number, if known | | **20-** |
| Debtor | **Hajjar Medical Office Building of Mount Kisco, LLC** | | Relationship to you | | **Affiliate** |
| District | **New Jersey** | When | Case number, if known | | **20-** |
| Debtor | **Hajjar Medical Office Building of New Brunswick, LLC** | | Relationship to you | | **Affiliate** |
| District | **New Jersey** | When | Case number, if known | | **20-** |
| Debtor | **Hajjar Medical Office Building of Roseland, LLC** | | Relationship to you | | **Affiliate** |
| District | **New Jersey** | When | Case number, if known | | **20-** |
| Debtor | **Hajjar Medical Office Building of Wayne, LLC** | | Relationship to you | | **Affiliate** |
| District | **New Jersey** | When | Case number, if known | | **20-** |
| Debtor | **Hajjar Warehouse of Hackensack, LLC** | | Relationship to you | | **Affiliate** |
| District | **New Jersey** | When | Case number, if known | | **20-** |

## **CERTIFICATE OF COMPANY RESOLUTIONS**

The undersigned, being the Sole or Managing Member (the "Member") of the following limited liability companies: Hajjar Business Holdings, LLC; Hajjar Medical Office Building, LLC; Hajjar Medical Office Building of Carlstadt, LLC; Hajjar Medical Office Building of Hackensack, LLC; Hajjar Medical Office Building of Jersey City, LLC; Hajjar Warehouse of Hackensack, LLC; Hajjar Medical Office Building of Fairlawn, LLC; Hajjar Medical Office Building of Glen Rock, LLC; Hajjar Medical Office Building of Wayne, LLC; Hajjar Medical Office Building of Roseland, LLC; Hajjar Medical Office Building of New Brunswick, LLC; Hajjar Medical Office Building of Mount Kisco, LLC; and Hajjar Medical Office Building of Miramar, LLC (each, a **"Company"** and collectively, the **"Companies"**), does hereby certify that upon requisite consent in lieu of a meeting dated February 13, 2020, and a quorum being present, the following resolutions were adopted and are still in full force and effect:

**WHEREAS**, each Company has reviewed and considered the financial and operational condition of its respective business on the date hereof, including its historical performance, its assets, its current and long-term liabilities, and the market for each Company's products and services; and

**WHEREAS**, each Company has received, reviewed and considered its respective legal, financial and other advisors as to the relative risks and benefits of pursing a bankruptcy proceeding for each respective Company under the provision of Chapter 11 of Title 11 of the United States Code (the "**Bankruptcy Code**").

**NOW, THEREFORE, IT IS:**

**RESOLVED**, that the Companies have determined that it is desirable and in the best interests of the Companies and their respective creditors, and other interested parties that a petition be filed by each Company, seeking relief under the provisions of chapter 11 of the Bankruptcy Code (the "**Chapter 11 Cases**");

**RESOLVED FURTHER**, that the Member and any other person designated and authorized to act by any of the foregoing officers (each, an "**Authorized Officer**") be and hereby authorized and directed to execute and file on behalf of the Companies all petitions, schedules, lists, and other papers or documents with the appropriate court under the Bankruptcy Code and to take any and all action that they deem necessary, proper, or advisable to obtain such relief under the Bankruptcy Code, including, without limitation, any action necessary to maintain the ordinary course operation of the each Company's business;

**RESOLVED FURTHER**, that the Authorized Officer be, and hereby is, authorized and directed to retain and employ, in the name and on behalf of each Company, the law firm of McManimon, Scotland & Baumann, LLC ("MSB") as legal counsel to the Companies, to represent and assist the Companies in carrying out their duties under the Bankruptcy Code and to take any and all actions to advance each Company's rights, including, but not limited to, filing any pleadings; and in connection therewith, the Authorized Officer, with power of delegation, are hereby authorized and directed to execute appropriate retention agreements, pay appropriate retainers, and to cause to be filed an appropriate application for authority to retain the services of MSB;

**RESOLVED FURTHER**, that the Authorized Officer be, and hereby is, authorized and empowered to execute and file all petitions, schedules, motions, lists, applications, pleadings, and other papers and, in connection therewith, to employ and retain all assistance by legal counsel, accountants, financial advisors, and other professionals and to take and perform any and all further acts and deeds that such Authorized Officer deems necessary, proper, or desirable in connection with the Chapter 11 Cases, with a view to the successful prosecution of the Companies;

**RESOLVED FURTHER**, that the Authorized Officer be, and hereby is, authorized and empowered to: (i) negotiate, enter into, execute, deliver, certify, file, and/or record, and perform such agreements, instruments, assignments, motions, affidavits, applications for approvals or rulings of governmental or

regulatory authorities, certificates, or other documents, and to take such other actions, as in the judgment of any such officer shall be or become necessary, proper, and desirable to effectuate a successful reorganization of the Companies; and (ii) negotiate, execute, deliver and/or file, in the name and on behalf of the Companies, any and all agreements, documents, certificates, consents, filings and applications relating to the resolutions adopted and matters ratified or approved herein and the transactions contemplated thereby, and amendments and supplements to any of the foregoing, and to take such other actions as may be required or as such officers deem appropriate or advisable in connection therewith;

**RESOLVED FURTHER**, that the Authorized Officer be, and hereby is, authorized and empowered on behalf of and in the name of each Company, to execute such consents of the Companies, as the Authorized Officer considers necessary, proper or desirable to effectuate these resolutions, such determination to be evidenced by such execution or taking of such action; and

**RESOLVED FURTHER**, that any and all past actions heretofore taken by any Authorized Officer, the shareholders in the name and on behalf of the Companies in furtherance of any or all of the preceding resolutions be, and the same hereby are, ratified, confirmed, and approved."

**IN WITNESS WHEREOF**, I have hereunto set my hand effective as of this 13th day of February 2020.

/s/ John Hajjar
John Hajjar, Sole Member of Hajjar Business Holdings, LLC; Hajjar Medical Office Building, LLC; Hajjar Medical Office Building of Carlstadt, LLC; Hajjar Medical Office Building of Hackensack, LLC; Hajjar Warehouse of Hackensack, LLC; Hajjar Medical Office Building of Roseland, LLC; Hajjar Medical Office Building of New Brunswick, LLC; Hajjar Medical Office Building of Mount Kisco, LLC, and Hajjar Medical Office Building of Miramar, LLC

/s/ John Hajjar
John Hajjar, Managing Member of Hajjar Medical Office Building of Jersey City, LLC; Hajjar Medical Office Building of Fairlawn, LLC; Hajjar Medical Office Building of Glen Rock, LLC; and Hajjar Medical Office Building of Wayne, LLC

4817-3264-2740, v. 1

Fill in this information to identify the case:
Debtor name: **Hajjar Medical Office Building, LLC**
United States Bankruptcy Court for the: **DISTRICT OF NEW JERSEY**
Case number (if known): _____

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders 12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| MSC Regent HMOB HoldCo, LLC Attn:  David W. Dewey, Principal 121 SW Morrison Suite 200 Portland, OR 97204 | | | | | | $10,000,000.00 |
| Constellation New Energy, Inc. 1310 Point Street, 12th Fl. Baltimore, MD 21231 | | | | | | $139,879.87 |
| Pagano Company 55 Harristown Road, Ste. 301 Glen Rock, NJ 07452 | | | | | | $104,935.05 |
| Otis Elevator Company PO Box 13716 Newark, NJ 07188-0716 | | | | | | $7,955.26 |
| CohnReznick LLP 1301 Avenue of the Americas New York, NY 10019 | | | | | | $5,115.38 |
| ThyssenKrupp Elevator Corp. ATTN:  Accounts Receivable 641 NW 66th Street Miami, FL 33166 | | | | | | $3,523.47 |
| McKesson Medical-Surgical PO Box 634404 Cincinnati, OH 45263-4404 | | | | | | $2,801.98 |

Debtor **Hajjar Medical Office Building, LLC**
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **CNA**<br>PO Box 842060<br>Boston, MA 02284-2060 | | | | | | $2,696.23 |
| **Starburst Electric LLC**<br>339 Merritt Avenue<br>Bergenfield, NJ 07621 | | | | | | $2,220.25 |
| **Metro Fire & Safety**<br>509 Washington Ave<br>Carlstadt, NJ 07072 | | | | | | $2,177.45 |
| **Oradell, Borough of**<br>355 Kinderkamack Road<br>Oradell, NJ 07649 | | | | | | $1,891.55 |
| **MD Vision CSD, LLC**<br>85 Harristown Road<br>Glen Rock, NJ 07452 | | | | | | $1,608.87 |
| **Miele Sanitation Co.**<br>60 Railroad Avenue<br>Closter, NJ 07624 | | | | | | $1,560.00 |
| **American Beauty Landscape**<br>PO Box 9147<br>Paramus, NJ 07653-9147 | | | | | | $936.73 |
| **Office Concept Groups**<br>301 Greenwood Avenue<br>Midland Park, NJ 07432 | | | | | | $769.52 |
| **Hallmark Floor Co., Inc.**<br>48 North Maple Ave.<br>Ridgewood, NJ 07450 | | | | | | $750.00 |
| **Corporation Services Company**<br>PO Box 13397<br>Philadelphia, PA 19101-3397 | | | | | | $736.00 |
| **Interstate Waste Services**<br>PO Box 554744<br>Detroit, MI 48255-4744 | | | | | | $730.08 |
| **New Jersey, State of**<br>PO Box 059<br>Trenton, NJ 08646-0059 | | | | | | $500.00 |

Debtor **Hajjar Medical Office Building, LLC**
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Wilmington Trust National Association<br>c/o David R. Augustin, Esq.<br>Duane Morris<br>One Riverfront Plaza<br>1037 Raymond Blvd., Ste.1800<br>Newark, NJ 07102-5429** | | | **Contingent<br>Unliquidated** | **$81,000,000.00** | **Unknown** | **Unknown** |

# United States Bankruptcy Court
### District of New Jersey

In re  **Hajjar Medical Office Building, LLC**                          Case No.

Debtor(s)                                                                                     Chapter  **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **John Hajjar**<br>**90 Hoover Drive**<br>**Cresskill, NJ 07626** | | | **Sole Member** |

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **Sole Member** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date  **February 13, 2020**                          Signature  **/s/ John Hajjar**
                                                                                  **John Hajjar**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
## District of New Jersey

In re  **Hajjar Medical Office Building, LLC**                          Case No.
                              Debtor(s)                                            Chapter   **11**

# VERIFICATION OF CREDITOR MATRIX

I, the Sole Member of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:  **February 13, 2020**          **/s/ John Hajjar**
                                                                    **John Hajjar**/**Sole Member**
                                                                    Signer/Title

American Beauty Landscape
PO Box 9147
Paramus, NJ 07653-9147


CNA
PO Box 842060
Boston, MA 02284-2060


CohnReznick LLP
1301 Avenue of the Americas
New York, NY 10019


Cole Schotz P.C.
1325 Avenue of the Americas, 19h Fl.
New York, NY 10019


Constellation New Energy, Inc.
1310 Point Street, 12th Fl.
Baltimore, MD 21231


Corporation Services Company
PO Box 13397
Philadelphia, PA 19101-3397


Feldman Brothers Electrical Supply Co.
206 Maryland Avenue
Paterson, NJ 07503


Hallmark Floor Co., Inc.
48 North Maple Ave.
Ridgewood, NJ 07450


Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346


Interstate Waste Services
PO Box 554744
Detroit, MI 48255-4744


John Hajjar
90 Hoover Drive
Cresskill, NJ 07626

Kathleen M. Mylod, Esq.
Shipman & Goodwin LLP
One Constitution Plaza
Hartford, CT 06103


McKesson Medical-Surgical
PO Box 634404
Cincinnati, OH 45263-4404


MD Vision CSD, LLC
85 Harristown Road
Glen Rock, NJ 07452


Metro Fire & Safety
509 Washington Ave
Carlstadt, NJ 07072


Miele Sanitation Co.
60 Railroad Avenue
Closter, NJ 07624


MSC Regent HMOB HoldCo, LLC
Attn: David W. Dewey, Principal
121 SW Morrison
Suite 200
Portland, OR 97204


National Transfer Inc.
95 Route 46, W
Lodi, NJ 07644


New Jersey Attorney General Office
Division of Law
Richard J. Hughes Justice Complex
25 Market St, PO Box 112
Trenton, NJ 08625-0112


New Jersey Division of Taxation
Compliance and Enforcement - Bankr. Unit
50 Barrack Street, 9th Fl.
PO Box 245
Trenton, NJ 08695-0267


New Jersey, State of
PO Box 059
Trenton, NJ 08646-0059

NJ Dept. of Labor
Divisio of Employer Accounts
1 John Fitch Plaza
PO Box 389
Trenton, NJ 08611-0389


NJ Dept. of Labor & Workforce Dev.
Div. of Unemployment & Disability Ins.
Bankruptcy Unit
One John Fitch Plaza, PO Box 951
Trenton, NJ 08611-0951


NJ Dept. of Labor - Div. Employer Accts.
1 John Fitch Plaza
PO Box 379
Trenton, NJ 08611-0379


Office Concept Groups
301 Greenwood Avenue
Midland Park, NJ 07432


Oradell, Borough of
355 Kinderkamack Road
Oradell, NJ 07649


Otis Elevator Company
PO Box 13716
Newark, NJ 07188-0716


Pagano Company
55 Harristown Road, Ste. 301
Glen Rock, NJ 07452


Payton Elevator Company, Inc.
15 Naugle Street
PO Box 508
Closter, NJ 07624-1206


Regent Medical Properties, LLC
85 Harrison Road
Glen Rock, NJ 07452


Starburst Electric LLC
339 Merritt Avenue
Bergenfield, NJ 07621

ThyssenKrupp Elevator Corp.
ATTN: Accounts Receivable
641 NW 66th Street
Miami, FL 33166


Township Attorney
Borough of Oradell
355 Kinderkamack Road
Oradell, NJ 07649


United States Attonrey
Peter Rodino Federal Building
970 Broad Street
Suite 700
Newark, NJ 07102


United States Attorney General
United States Department of Justice
Ben Franklin Station
PO Box 683
Washington, DC 20044


Viking Pest Control
PO Box 158
Liberty Corner, NJ 07938


Wallington Plumbing & Heating Supply Co.
21 Passaic Ave.
Fairfield, NJ 07004


Wilmington Trust National Association
c/o David R. Augustin Esq,, Duane Morris
One Riverfront Plaza
1037 Raymond Blvd., Ste. 1800
Newark, NJ 07102-5429

# United States Bankruptcy Court
**District of New Jersey**

In re: **Hajjar Medical Office Building, LLC**, Debtor(s)

Case No.
Chapter **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **Hajjar Medical Office Building, LLC** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**February 13, 2020**
Date

/s/ Sari B. Placona
**Sari B. Placona**
Signature of Attorney or Litigant
Counsel for **Hajjar Medical Office Building, LLC**
**McManimon, Scotland & Baumann, LLC**
**75 Livingston Avenue**
**Second Floor**
**Roseland, NJ 07068**
**973-622-1800 Fax:973-622-3744**
**splacona@msbnj.com**